THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 James Michael Hill, Appellant.
 
 
 

Appeal from York County
 Lee S. Alford, Circuit Court Judge

Unpublished Opinion No.  2005-UP-395
Submitted June 1, 2005  Filed June 15, 2005

APPEAL DISMISSED

 
 
 
 Acting Deputy Chief Attorney Wanda H. Carter, Office of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office of the Attorney General, of Columbia; and Solicitor Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM: James Michael Hill appeals his convictions for second degree burglary, third degree burglary, conspiracy to commit third degree burglary, assault and battery of a high and aggravated nature, resisting arrest, petit larceny, grand larceny, third degree arson, conspiracy to commit third degree arson, filing a false police report, and escape.  Hills appellate counsel has petitioned to be relieved as counsel, stating she has reviewed the record and concluded Hills appeal is without merit.  The sole issue briefed by counsel concerns whether the circuit court adequately informed Hill of the possible sentencing consequences before accepting his plea, as required under Boykin v. Alabama, 395 U.S. 238 (1969).  Hill did not file a separate pro se brief.
After a review of the record as required by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues that are arguable on their merits.  Accordingly, we dismiss this appeal and grant counsels petition to be relieved.1
APPEAL DISMISSED.
GOOLSBY, HUFF, and KITTREDGE, JJ., concur.   

1  We decide this case without oral argument pursuant to Rules 215 and 220(b)(2), SCACR.